726 OCTOBER TERM, 1923.

Cases Disposed of Without Consideration by the Court. 263 U. S.

*Smith, Mr. Max F. Goldstein, Mr. Sam S. Bennett, Mr. J. Robert Pottle* and *Mr. Issaac J. Hofmayer* for plaintiffs in error. No appearance for defendants in error.

---

No. 433. JULES SCHNERB ET AL. *v.* HOLT MANUFACTURING COMPANY. On petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit. October 8, 1923. Dismissed, per stipulation. *Mr. William H. Page* for petitioners. No appearance for respondent.

---

No. 63. CHARLES D. NEWTON, AS ATTORNEY GENERAL OF THE STATE OF NEW YORK, ET AL. *v.* NEWTOWN GAS COMPANY. Appeal from the District Court of the United States for the Southern District of New York. October 8, 1923. Dismissed, per stipulation. *Mr. John J. O'Brien* and *Mr. Harry Hertzoff* for appellants. No appearance for appellee.

---

No. 88. UNITED STATES *v.* NATIONAL CITY BANK OF NEW YORK. Error to the Circuit Court of Appeals for the Second Circuit. October 15, 1923. Dismissed, on motion of *Mr. Solicitor General Beck* for the United States. No appearance for defendant in error.

---

No. 96. SOUTHEASTERN EXPRESS COMPANY *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT, ETC., ET AL. Appeal from the District Court of the United States for the Southern District of Mississippi. October 16, 1923. Dismissed with costs, without prejudice to the right of the appellant to prosecute its appeal in case (between same parties) now pending in this Court, being No. 216, October Term, 1923, on motion of counsel for appellant. *Mr. Sanders McDaniel, Mr. A. S. Bozeman* and *Mr. H. L. Greene* for appellant. No appearance for appellees.